*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

BETHANY ZEHEL, Individually and as Personal
Representative of the ESTATE OF ROWYN
VASQUEZ,

        Plaintiff-Appellee,

v

CLARK EDWARD NUGENT, M.D., DEBORAH
BERMAN, M.D., JUSTIN JUNN, M.D., ALICE
MAY CHI, M.D., and ANGELA SIMMEN
KELLEY, M.D.,

        Defendants-Appellants.

FOR PUBLICATION
December 1, 2022

Nos. 357511, 358134
Washtenaw Circuit Court
LC No. 19-000388-NH

Before: RONAYNE KRAUSE, P.J., and JANSEN and SWARTZLE, JJ.

SWARTZLE, J. (*concurring*).

I fully concur in the judgment as well as the entirety of the lead opinion except with respect to Subpart III.A. In that subpart, I concur but with the reservations I set forth in a similar case involving this same panel, *In re Jumaa Estate*, __ Mich App __; __ NW2d __ (2022) (SWARTZLE, J., concurring).

                                      /s/ Brock A. Swartzle